**Cherie L. THOMPSON, Plaintiff–
Appellant,**

v.

**Jo Anne BARNHART, Commissioner
of Social Security, Defendant–
Appellee,**

and

**Larry G. Massanari, Acting
Commissioner of Social
Security, Defendant.**

No. 02–2342.

United States Court of Appeals,
Fourth Circuit.

Submitted April 30, 2003.

Decided May 19, 2003.

Richard Paul Cohen, Cohen, Abate &
Cohen, L.C., Morgantown, West Virginia,
for Appellant. James A. Winn, Regional
Chief, Region III, Patricia M. Smith, Dep-
uty Chief, Nicole L. Appalucci, Assistant
Regional, Office of the General, Social Se-
curity Administration, Philadelphia, Penn-
sylvania; Thomas E. Johnston, United
States Attorney, Helen Campbell Altmey-
er, Assistant United States Attorney,
Wheeling, West Virginia, for Appellee.

Before MOTZ, TRAXLER, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Cherie L. Thompson appeals the district
court's order adopting the magistrate
judge's decision granting summary judg-
ment in favor of the Commissioner of So-
cial Security in this action seeking disabili-
ty insurance benefits. After reviewing the
record and briefs, we conclude that sub-
stantial evidence supports the Commis-
sioner's decision and the correct law was
applied. Accordingly, we find that the is-
sues raised on appeal lack merit, and we
affirm for the reasons stated by the dis-
trict court. *See Thompson v. Barnhart,*
No. CA–01–91–1 (N.D.W.Va. Sept. 25,
2002). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*